IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS E. TATUM,

        Plaintiff,                   2:06-cv-0587-GEB-KJM-P

   vs.

C.K. PLILER, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 7, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed February 7, 2008, are adopted in full;

2. Defendants' July 12, 2007 motion to dismiss (docket no. 13) is granted in part;

3. Plaintiff's First Amendment claims articulated in paragraphs 62 through 72 and 78 through 88 of the complaint are dismissed; and

4. Defendants Alameida, Flory, Pliler and Rosario are directed to file their answer to plaintiff's remaining claims within twenty days from the date of this order.

Dated:  March 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge