IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARKUS E. TATUM,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**C. K. PLILER, et al.,**<br><br>                              Defendants. | 2:06-cv-0587 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (FIRST SET)** |

Defendants Alameida, Rosario, and Pliler are granted an extension of time, up to and including June 25, 2008, within which to respond to Plaintiff's first request for production of documents (docket no. 22).

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1