IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARKUS E. TATUM,** | 2:06-cv-0587 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **C. K. PLILER, et al.,** | |
| Defendants. | |

The Court finds there is good cause to grant Defendants' request for an extension of time to file their Memorandum of Points and Authorities in Support of Motion for Summary Judgment (docket no. 33). Accordingly, Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment filed October 1, 2008 is deemed timely.

DATED: October 10, 2008.

_____
U.S. MAGISTRATE JUDGE

Order
1