IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARKUS E. TATUM,** | 2:06-cv-0587 GEB KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EVIDENCE** |
| v. | |
| **C. K. PLILER, et al.,** | |
| Defendants. | |

Defendants Alameida, Rosario, Pliler and Flory are granted an extension of time, up to and including January 7, 2009, within which to reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment and Motion to Exclude Evidence (docket no. 43).

DATED: December 22, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendants' Request for an Extension of Time to Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Motion to Exclude Evidence

1