EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
MARTA C. BARLOW, State Bar No. 230294
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 Email: Marta.Barlow@doj.ca.gov

Attorneys for Defendants Alameida, Plier, Rosario and Flory

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARKUS E. TATUM,**<br><br>                                Plaintiff,<br><br>        v.<br><br>**C. K. PLILER, et al.,**<br><br>                                Defendants. | 2:06-cv-0587 GEB KJM P<br><br>**ORDER** |

In light of the pending motions for summary judgment, defendants' motion to vacate dates for filing pretrial statements, pretrial conference and trial (docket no. 53) is granted and the remaining dates set in the scheduling order (docket no. 20) are hereby vacated.

IT IS SO ORDERED.

DATED: January 14, 2009.

_____
U.S. MAGISTRATE JUDGE

ORDER

1