IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS E. TATUM,

    Plaintiff,                      No. CIV S-06-0587 GEB KJM P

    vs.

C. K. PLILER, et al.,

    Defendants.                 <u>ORDER</u>

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On June 13, 2008, plaintiff filed a document in which he seeks a request for an extension of time to conduct discovery, which was scheduled to end on August 1, 2008. Because plaintiff failed to articulate with particularity sufficient reasons for granting petitioner more time to conduct discovery, his request (#24) is denied.

DATED: March 13, 2009.

                                                                     U.S. MAGISTRATE JUDGE

1
tatu0587.disc