IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS E. TATUM,

    Plaintiff,             No. CIV S-06-0587 GEB KJM P

  vs.

C. K. PLILER, et al.,

    Defendants.          <u>ORDER</u>

_____/

      On July 23, 2009, the court granted plaintiff thirty days to file an opposition to defendants' motion for summary judgment. Plaintiff has not filed any opposition. Good cause appearing, IT IS HEREBY ORDERED that plaintiff file his opposition to defendants' motion for summary judgment within twenty days. Plaintiff's failure to file an opposition will result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b).

DATED: September 1, 2009.

_____
U.S. MAGISTRATE JUDGE

1
tatu0587.41