1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARKUS E. TATUM,

11          Plaintiff,                    No. CIV S-06-0587 GEB KJM P

12       vs.

13   C. K. PLILER, et al.,

14          Defendant.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          On September 2, 2009, plaintiff was ordered to file an opposition to defendants'

17   motion for summary judgment.  Plaintiff was warned that failure to file an opposition would

18   result in dismissal under Rule 41(b) of the Federal Rules of Civil Procedure.  Despite being

19   given two extensions of time to comply with the court's September 2, 2009 order, plaintiff has

20   not done so.  Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed.

21          These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, any party may file written

24   objections with the court and serve a copy on all parties.  Such a document should be captioned

25   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

26   shall be served and filed within ten days after service of the objections.  The parties are advised

1

1  that failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED:  December 8, 2009.

4

5                                                  U.S. MAGISTRATE JUDGE

6  1
    tatu0587.frs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26